# United States District Court
# Western District of North Carolina
# Charlotte Division

| | | |
|---|---|---|
| United States of America, | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff(s), | ) | 3:17-cv-00226-RJC-DSC |
| | ) | |
| vs. | ) | |
| | ) | |
| Troy A. Lampkin | ) | |
| Best Rate Tree & Landscaping, Inc., | | |
| Defendant(s). | ) | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's February 21, 2018 Order.

February 22, 2018

*[signature: Frank G. Johns]*

Frank G. Johns, Clerk
United States District Court